UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to Civil File Nos. 17-2832, 17-4613, 17-4614, 17-4615, 17-4616, 17-4617, 17-4618, 17-4619, 17-4622, 17-4943, 17-4944, 17-4945, 17-4947, 17-5046, 18-1562, 18-1565, 18-1572, 18-1573, | **ORDER** |

This matter is before the Court on the State of Minnesota's Motion for Continuance and Extension of Time to Respond to Defendant and Intervenors' Motion for Temporary Injunction. [Docket No. 436] The Court has carefully reviewed the parties' briefs and the relevant caselaw and determines that the State of Minnesota has established good cause for the requested continuance and that Defendant and Intervenors will not be prejudiced by the continuance. A memorandum explaining the Court's decision will follow.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1

1. The State of Minnesota's Motion for Continuance and Extension of Time to Respond to Defendant and Intervenors' Motion for Temporary Injunction [Docket No. 436] is **GRANTED**.

2. The hearing on Defendant and Intervenors' Motion for Temporary Injunction to Enjoin and Stay Minnesota Attorney General's Duplicative Consumer Restitution Claims [Docket No. 421] is cancelled and will be rescheduled after Defendant files for preliminary approval of the class action settlement.  The State of Minnesota's opposition to the Motion for Temporary Injunction will be due 30 days after the date that Defendant files for preliminary approval of the class action settlement.

Dated:   August 20, 2019               s/ Michael J. Davis
                                       Michael J. Davis
                                       United States District Court