# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to Civil File Nos. 17-2832, 17-4613, 17-4614, 17-4615, 17-4616, 17-4617, 17-4618, 17-4619, 17-4622, 17-4943, 17-4944, 17-4945, 17-4947, 17-5046, 18-1562, 18-1565, 18-1572, 18-1573, | **ORDER** |

Based upon the files, records, and proceedings herein**, IT IS HEREBY**

**ORDERED**:

The Attorney General of Delaware's Motion for Leave to File a Brief in Excess of 6,000 Words [Docket No. 493] is **GRANTED**. The Attorney General of Delaware may file an amicus brief no more than 12,000 words in length on behalf of herself and other interested state attorneys general by November 22, 2019.


Dated: November 21, 2019    /s Michael J. Davis
                            Michael J. Davis
                            United States District Court