UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>0:17-cv-02832   0:17-cv-04943<br>0:17-cv-04613   0:17-cv-04944<br>0:17-cv-04614   0:17-cv-04945<br>0:17-cv-04615   0:17-cv-04947<br>0:17-cv-04616   0:17-cv-05046<br>0:17-cv-04617   0:18-cv-01562<br>0:17-cv-04618   0:18-cv-01565<br>0:17-cv-04619   0:18-cv-01572<br>0:17-cv-04622   0:18-cv-01573 | MDL No. 17-2795 (MJD/KMM)<br><br>**ORDER GRANTING JOINT MOTION TO RESCHEDULE FINAL APPROVAL HEARING** |

The Court having considered Defendant CenturyLink, Inc.'s ("CenturyLink") and Consumer Plaintiffs' (together, the "Parties") Motion to Reschedule the Final Approval Hearing ("Joint Motion"), all related briefs and argument, and all files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Parties' Joint Motion [Docket No. 797] is **GRANTED**.

2. The Final Approval Hearing is rescheduled to November 19, 2020 at 10:30 a.m.

IT IS SO ORDERED.

Dated: August 19, 2020

s/ Michael J. Davis
Michael J. Davis
United States District Court