# UNITED STATES DISTRICT COURT
## District of Minnesota



Chief Judge Michael J. Davis

Chambers of Chief Judge Michael J. Davis
200 U.S. Courthouse, Suite 15E
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

March 23, 2018

**In Re: CenturyLink Residential Customer Billing Disputes Litigation (17-md-2795 MJD/KMM)**

RE:   Status Conference
DATE: April 5, 2018 at 10:30 a.m. Central Time
Location: Courtroom 13E of the Minneapolis Federal Courthouse

---

**Instructions for Calling into the U.S. District Court Audio Conference Bridge**

1. Call 1-888-684-8852.
2. When prompted, type in the Access Code = 6851047 followed by the # key.
3. To join the audio conference press #.
4. Enter the security code 112912 followed by the # key.
5. At the tone speak your name.

**NOTE: If the Court/Host of the call has not yet dialed in yet, you will hear an automated response saying "The host has not yet arrived, please stand by." You will hear music until the Court/Host joins the call. Once the Court/Host joins you will be prompted for the security code 112912 followed by the # key.**

Feel free to call Chambers at 612-664-5070 if you have any issues with the call.

Thanks,
Kristine Wegner
Courtroom Deputy to Judge Michael J. Davis